UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael K. Ciacci,                    )
                                      )
           Petitioner,                )
                                      )
      v.                              )     Civil Action No.   **12 1997**
                                      )
Leon Panetta, Secretary of Defense,   )
                                      )
           Respondent.                )

MEMORANDUM OPINION

Petitioner, proceeding *pro se*, has submitted a Petition for a Writ of Habeas Corpus and

an application to proceed *in forma pauperis*. The Court will grant the application to proceed *in*

*forma pauperis* and will dismiss the case.

"[F]ederal courts are without power to entertain claims otherwise within their

jurisdiction if they are 'so attenuated and unsubstantial as to be absolutely devoid of merit.' "

*Hagans v. Lavine*, 415 U.S. 528, 536-7 (1974) (quoting *Newburyport Water Co. v. Newburyport*,

193 U.S. 561, 579 (1904)). Such is the case here. Petitioner is a District of Columbia resident

challenging an "unknown form of custody commenced for reasons and by means unknown to

him." Pet. at 1. He states that he is under the authority of Secretary of Defense Leon Panetta

and that the "place of confinement, charges of offenses, case number, conviction, and court

location [are] unknown." *Id.*; *but see Ciacci v. Hogan*, Civ. Action No. 12-1031, 2012 WL

2501027, at *1 (D.D.C. Jun. 22, 2012) (identifying plaintiff then "as a pretrial detainee at the

District of Columbia Jail . . . based on a warrant issued by Judge Michael Ryan of the Superior

1

Court of the District of Columbia").  A separate Order of dismissal accompanies this

Memorandum Opinion.


DATE:  December ___, 2012                    _____
                                             United States District Judge